IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jerry Groves,

       Plaintiff,                                3:13-cv-00537-HDM-WGC

  vs.                                          ORDER

City of Reno; a municipal corporation,

       Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 9th day of October, 2013.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE