## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERRY GROVES, | ) | 3:13-cv-00537-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 15, 2014 |
| | ) | |
| CITY OF RENO, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Defendant's emergency motion for extension of time. (Doc. # 16.) Defendant seeks an extension of time to respond to Plaintiff's motion for leave to amend his complaint until substitute counsel appears on behalf of Plaintiff and an extension of the deadline to file dispositive motions.  The current deadline for dispositive motions is June 5, 2014. Defendant asks this deadline be extended forty-five (45) days after Plaintiff's new counsel has made an appearance herein.

      Counsel for Defendant represents that the parties met and conferred to discuss the terms of allowing Plaintiff to amend his complaint and stipulated to the filing of a proposed amended complaint and addendum to the motion to amend attached as Exhibits 1 and 2 to Defendant's emergency motion. However, counsel for Plaintiff was suspended from practice and cannot facilitate the filing of said pleadings.

      Good cause appearing, Defendant's motion (Doc # 16) is **GRANTED**.

    **IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                                   By:  <u>        /s/                              </u>
                                                    Deputy Clerk