UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY GROVES,<br><br>  Plaintiff,<br>v.<br><br>SCOTT JOHNSON, an individual,<br><br>  Defendant. | Case No. 3:13-cv-00537-MMD-WGC<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motion (dkt.no. 28) will be issued pending settlement.

DATED THIS 6th day of January 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE