KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendant
Scott Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * ◊ * *

JERRY GROVES,

        Plaintiff,

vs.

SCOTT JOHNSON, an individual,

        Defendants.

        /

CASE NO.: 3:13-cv-00537-MMD-WGC

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff JERRY GROVES, by and through his attorney Julie Cavanaugh-Bill, and the Defendant Scott Johnson, by and through his Attorneys Karl Hall, Reno City Attorney, and Mark A. Hughs, Deputy Reno City Attorney, stipulate to dismiss the above entitled action with prejudice.

//
//
//
//
//

1  Each party to pay their own attorney fees and costs.

2  DATED this 2nd day of March, 2016.   DATED this 1st day of March, 2016.

KARL HALL
Reno City Attorney

By: _____
MARK A. HUGHS                         JULIE CAVANAUGH-BILL
Deputy City Attorney                  Cavanaugh-Bill Law Office, LLC
Nevada Bar #5375                      Nevada Bar #11533
Post Office Box 1900                  401 Railroad St., Suite 307
Reno, Nevada 89505                    Elko, NV 89801
(775) 334-2050                        *Attorney for Jerry Groves*
*Attorneys for Scott Johnson*

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices or;

_____     Personal delivery.

__X__     EFlex electronic service

_____     Facsimile (FAX).

_____     Federal Express or other overnight delivery.

_____     Reno/Carson Messenger Service.

addressed as follows:

Julie Cavanaugh-Bill
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
*Attorney for Plaintiff*
*Jerry Groves*

DATED this __2nd__ day of March, 2016.

/s/ Katie Wellman
Katie Wellman
Legal Assistant